AO 106 (Rev. 04/10)  Application for a Search Warrant

# UNITED STATES DISTRICT COURT

for the

District of Colorado

| In the Matter of the Search of | |
|---|---|
| INFORMATION ASSOCIATED WITH FACEBOOK USER IDS MORE FULLY DESCRIBED IN ATTACHMENT A, ATTACHED HERETO, THAT IS STORED AT PREMISES CONTROLLED BY FACEBOOK INC. | ) ) ) ) ) ) |

Case No.  19-sw-06119-NYW

## APPLICATION FOR A SEARCH WARRANT

I am a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

located in the <u>State and</u>   District of   <u>Colorado and elsewhere</u> , there is now concealed *(identify the*

*(identify the person or describe the property to be searched and give its location)*:

**SEE "ATTACHMENT A"**, which is attached to and incorporated in this Application and Affidavit

The person or property to be searched, described above, is believed to conceal (identify the person or describe the property to be seized):

**SEE "ATTACHMENT B"**, which is attached to and incorporated in this Application and Affidavit

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violations of 18 U.S.C. § 1959 (Violent Crime in Aid of Racketeering), 21 U.S.C. § 841(a)(1) (possession with the intent to distribute controlled substances), 21 U.S.C. § 846 (conspiracy to commit a drug offense), and/or 18 U.S.C. § 922(g)(1) (possession of a firearm and ammunition by a prohibited person) and the application is based on these facts:

☑ Continued on the attached affidavit, which is incorporated by reference.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*s/ Andrew Cohen*

*Applicant's signature*

Special Agent Andrew Cohen, FBI

*Printed name and title*

Sworn to before me and: ☐ signed in my presence.

☑ submitted, attested to, and acknowledged by reliable electronic means.

Date:  **06 Nov 2019**

*Judge's signature*

Nina Y. Wang
United States Magistrate Judge

*Printed name and title*

City and state:  Denver, Colorado

**ATTACHMENT A**

**<u>DESCRIPTION OF LOCATION TO BE SEARCHED</u>**

This warrant applies to information associated with the Facebook user IDs listed below that are stored at premises owned, maintained, controlled, or operated by Facebook Inc., a company headquartered in Menlo Park, California (PROVIDER);

1. www.facebook.com/max.esquibel1 (in the name of Aaron Hernandez, belonging to Max Esquibel);

2. www.facebook.com/mikey.gonzales.351 (Michael A. Gonzales);

3. www.facebook.com/joaquin.ayala.9465 (Joaquin Ayala);

4. www.facebook.com/toby.candelaria.5 (Toby Candeleria);

5. www.facebook.com/nathan.deherrera.3 (Nathan DeHerrera);

6. www.facebook.com/shaun.sinks.90 (Shaun Sinks);

7. www.facebook.com/carlos.serna.56 (Carlos Serna);

8. www.facebook.com/profile.php?id=100010402544012 (Carlos Rios);

9. www.facebook.com/Joshua.wisthoff (Joshua Wisthoff);

10. www.facebook.com/profile.php?id=100032816383983 (Carlos Montoya); and,

11. www.facebook.com/profile.php?id=100034866472360 (Michael P. Gonzales)

# ATTACHMENT B

## DESCRIPTION OF ITEMS TO BE SEIZED AND SEARCHED

## I.  Information To Be Disclosed By Facebook.

To the extent that the information described in **Attachment A** is within the possession, custody, or control of Facebook Inc. ("Facebook"), regardless of whether such information is located within or outside of the United States, including any messages, records, files, logs, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for each user ID listed in **Attachment A**:

(1)  All contact and personal identifying information, including full name, user identification number, birth date, gender, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers;

(2)  All activity logs for the account and all other documents showing the user's posts and other Facebook activities from January 1, 2015 to present;

(3)  All photos and videos uploaded by that user ID and all photos and videos uploaded by any user that have that user tagged in them January 1, 2015 to present;

(4)  All profile information; News Feed information; status updates; videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

(5)  All records or other information regarding the devices and internet browsers associated with, or used in connection with, that user ID, including the hardware model, operating system version, unique device identifiers, mobile network information, and user agent string;

(6)  All other records and contents of communications and messages made or received by the user from January 1, 2015 to present, including all Messenger activity, private messages, chat history, video and voice calling history, and pending "Friend" requests;

(7)  All "check ins" and other location information;

(8)  All IP logs, including all records of the IP addresses that logged into the account;

(9)     All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked;"

(10)    All information about the Facebook pages that the account is or was a "fan" of;

(11)    All past and present lists of friends created by the account;

(12)    All records of Facebook searches performed by the account from January 1, 2015 to present;

(13)    All information about the user's access and use of Facebook Marketplace;

(14)    The types of service utilized by the user;

(15)    The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

(16)    All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account; and,

(17)    All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

Facebook is hereby ordered to disclose the above information to the Government within **7 days** of the service warrant and the PROVIDER shall send the information via facsimile or United States mail, and where maintained in electronic form, on CD-ROM or an equivalent electronic medium, to:

> Special Agent Andrew Cohen
> Federal Bureau of Investigation
> 111 South Tejon Street, Suite 600
> Colorado Springs, CO 80903
> acohen@fbi.gov

## II.     Information To Be Seized By The Government.

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of 18 U.S.C. § 1959 (*violent crime in aid of racketeering*), 21 U.S.C. § 841(a)(1) (*possession with the intent to distribute controlled substances*), 21 U.S.C. § 846 (*conspiracy to commit a drug offense*), and/or 18 U.S.C. § 922(g)(1) (*possession of a firearm*

*and ammunition by a prohibited person*), involving Ace gang members since January 1, 2015, including, for each user ID identified in **Attachment A**, information pertaining to the following matters:

> (1) The purchase, distribution, importation, manufacture, and sale of controlled substances;

> (2) Receipt, use, or concealment of the proceeds from the sale of controlled substances;

> (3) The purchase, distribution, and/or illegal possession and/or storage of firearms (including a firearm's component parts) and ammunition;

> (4) Evidence (including messages and photographs) of Ace gang membership, affiliation, and ties;

> (5) Evidence indicating how and when the Facebook account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Facebook account owner;

> (6) Evidence indicating the Facebook account owner's state of mind as it relates to the crime under investigation; and,

> (7) The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant.  The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts.  Pursuant to this warrant, the FBI may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.

## AFFIDAVIT

I, Andrew Cohen, Special Agent with the Federal Bureau of Investigation ("FBI") being duly sworn, hereby depose and state that the following is true to the best of my information, knowledge, and belief:

## INTRODUCTION AND AGENT BACKROUND

1. I am investigative or law enforcement officer of the United States, within the meaning of Section 2510(7) of Title 18, United States Code, and am empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code.

2. I am a Special Agent with the FBI, and have been since 2014.  I am currently assigned to the Denver Division of the FBI, and specifically to the Southern Colorado Safe Streets Task Force.

3. I have investigated and charged multiple individuals for violations of the Controlled Substance Act, and I am familiar with different drugs, and the means and methods of drug trafficking.  I investigate money laundering and drug trafficking in the normal course of my duties, and I am fully familiar with the facts of this case.

4. During the course of my career, I have been involved in investigations involving the internet, cellular telephones, and email, and I am familiar with social media networks.  I also have investigated and charged individuals in cases involving the possession of firearms by prohibited persons.

5. I have also been provided training, and training materials, related to Violent Crimes in Aid of Racketeering ("VICAR").  *See* 18 U.S.C. § 1959.

## AFFIDAVIT PURPOSE

6. This affidavit, made pursuant to Title 18, United States Code, Sections 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), is submitted in support of an application for a search warrant to search 13 Facebook ("FB") accounts (hereinafter *Target Accounts*), listed below, and more fully described in **Attachment A**:

    1) www.facebook.com/max.esquibel1 (in the name of Aaron Hernandez, belonging to Max Esquibel);

    2) www.facebook.com/mikey.gonzales.351 (Mikey Gonzales);

    3) www.facebook.com/joaquin.ayala.9465 (Joaquin Ayala);

    4) www.facebook.com/toby.candelaria.5 (Toby Candeleria);

    5) www.facebook.com/nathan.deherrera.3 (Nathan DeHerrera);

6)   www.facebook.com/shaun.sinks.90 (Shaun Sinks);

7)   www.facebook.com/carlos.serna.56 (Carlos Serna);

8)   www.facebook.com/profile.php?id=100010402544012 (Carlos Rios);

9)   www.facebook.com/Joshua.wisthoff (Joshua Wisthoff);

10) www.facebook.com/profile.php?id=100032816383983 (Carlos Montoya); and,

11) www.facebook.com/profile.php?id=100034866472360 (Michael P. Gonzales).

7.   I submit that information in the following affidavit establishes probable cause to believe that located within/on the above-mentioned *Target Accounts*, more fully described in **Attachment A**, are items described more fully in **Attachment B**, being evidence, fruits, and instrumentalities of the following offenses:  (1) violent crime in aid of racketeering, in violation of 18 U.S.C. § 1959; (2) possession with the intent to distribute controlled substances, in violation of 21 U.S.C. § 841(a)(1); (3) conspiracy to commit a drug offense, in violation of 21 U.S.C. § 846; and/or, (4) possession of a firearm and ammunition by a prohibited person.

8.   Because this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts that I believe are necessary to establish probable cause to believe that evidence, fruits, and instrumentalities of the above-mentioned offenses in paragraph 7 are located in/on the property described in **Attachment A**.

9.   The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, law enforcement officials, and witnesses.  More specifically, I have received information from Pueblo Police Department Detectives, Officers, and FBI Agents and Task Force Officers that have been investigating members of the Ace Street Gang for over a decade, and who are more familiar with the Ace Gang than I am.  I have consulted with these individuals, and I rely on their expertise, and experience during this investigation.

## VICAR LEGAL BACKGROUND

10. I am aware that the VICAR provision at 18 U.S.C. § 1959(a) states, in pertinent part:

> Whoever, as consideration for the receipt of, or as consideration for a promise or agreement to pay, anything of pecuniary value from an enterprise engaged in racketeering activity, or for the purpose of gaining entrance to or maintaining or increasing position in an enterprise engaged in racketeering activity, murders, kidnaps, maims, assaults with a dangerous weapon, commits assault resulting in serious bodily injury upon, or threatens to

> commit a crime of violence against any individual in violation of
> the laws of any State or the United States, or attempts or conspires
> so to do, shall be punished [according to law].

11. I am also aware that, pursuant to 18 U.S.C. 1959(b), that:  (1) "'racketeering activity' has the meaning set forth in section 1961 of this title;" and, (2) "'enterprise' includes any partnership, corporation, association, or other legal entity, and any union or group of individuals associated in fact although not a legal entity, which is engaged in, or the activities of which affect, interstate or foreign commerce."

12. I have been advised that the elements of a VICAR violation are as follows:

    1. that the organization was a RICO (*racketeer influenced and corrupt organizations*) enterprise,
    2. that the enterprise was engaged in racketeering activity as defined in RICO,
    3. that the defendant in question had a position in the enterprise,
    4. that the defendant attempted, conspired to commit, or committed the alleged crime of violence, and
    5. that his/her general purpose in so doing was to maintain or increase his/her position in the enterprise.

13. I am aware that the term "enterprise" includes "any union or group of individuals associated in fact although not a legal entity. 18 U.S.C. § 1959(b)(2).  To prove the existence of such an enterprise, the Government must show an ongoing organization, formal or informal, whose associates function as a continuing unit. *United States v. Turkette*, 452 U.S. 576, 583 (1981). The existence of an enterprise may also be shown by evidence of a group's strong social ties. *See United States v. Richardson*, 167 F.3d 621, 625 (D.C. Cir. 1999).

14. In addition, to prove a VICAR case, the government must demonstrate that the activities of an alleged RICO enterprise affected interstate or foreign commerce, even if only slightly.

## **INVESTIGATION**

### *BACKGROUND*

15. The FBI, in combination with the Pueblo Police Department ("PPD"), and Pueblo County Sheriff's Office ("PCSO"), began an investigation into the Ace Street Gang in 2015 because of increasing violence and gang activity in the Pueblo, Colorado area.

16. To date, multiple defendants involved in the Ace Gang have been criminal charged and prosecuted, both in the United States District Court for the District of Colorado and in the 10th Judicial District of Colorado (*Pueblo County, Colorado*).

17. The investigation into suspected VICAR violations by the members of the criminal street gang, the Ace Gang and it sets in the Pueblo, Colorado area included the identification of FB accounts of certain Ace Gang members. The FBI has had assistance of FBI TFO Jeffries, FBI

TFO Mathews, and other Pueblo detectives and gang officers who specifically recognized gang indicia, including clothing, hand signs, and images related to the Ace Gang on Facebook.

### *FACEBOOK EVIDENCE IS RELEVANT TO THE INVESTIGATION*

18. The accounts were identified through research of various online databases, the FB search engine, and various other methods of online data mining.  Some of the information was obtained through an undercover Pueblo PD account that is "friends" with some of the target accounts.  Other information was available to the public at large without being FB "friends."  Each of the *Target Accounts* are either associated with:  (1) a known Ace gang member; or, (2) a close friend/associate of a known Ace gang member.

19. This affidavit establishes that the holders of the *Target Accounts* are members or associates of the Ace Gang.  In some instances, Ace gang membership and affiliation are apparent in posts that are detailed below. In other instances, I know the person to be an Ace gang member based on law enforcement encounters, admissions to law enforcement, and/or interviews with other gang members who acknowledge and identify other gang members, whether by their formal government name or their gang moniker.

20. Many of the people associated with the *Target Accounts* have been involved in a crime related to the rivalry between Aces and other Gangs.

21. Many of the people associated with the *Target Accounts* have been suspects in, or have been convicted of violent crimes in the past.  The criminal histories of the persons associated with the *Target Accounts* is discussed below and demonstrates a history of/propensity for violence. *See* paragraphs 27 through 39.

22. As mentioned above, a VICAR case requires proof of an enterprise. This is shown by evidence of an ongoing organization, formal or informal, and by evidence that the various associates function as a continuing unit.  The existence of an enterprise may also be shown by evidence of a group's strong social ties.

23. A person's FB friends may show the affiliation, as would messages and "likes" between members.  In a VICAR case, the association of gang members and their activities together are important evidence of an association in fact.  FB is a very common form of communication in 2019, generally, and routinely is used to document a person's activities and affiliations.

24. Searching the *Target Accounts* will reveal evidence of the:  (1) existence of the Ace Gang; (2) FB holder's membership in and ties to the Ace Gang; (3) association among Ace Gang members; (4) feud with the East Side Dukes street gang in Pueblo, Colorado; (5) use of violence and threats of violence to promote the gang; and, (6) offenses listed in paragraph 7 of this Affidavit.

25. That information is relevant to establish a VICAR violation, especially establishing a VICAR "enterprise."

26. I have further reason to believe that evidence supporting a VICAR violation and/or the offenses listed in paragraph 7 of this Affidavit exits in/on the *Target Accounts*. I have been told during separate debriefings with two Ace gang members facing criminal charges that FB messenger is commonly used to communicate. These debriefings were conducted under the premise the defendants would tell the truth, and I have not found reason to believe the defendants lied about information during these debriefings. The individuals provided the information in the hope of leniency in their current criminal cases, and their information came from first-hand observations. Some of the information they have provided has been corroborated through other sources, and none has proven false. These individuals have multiple prior felony convictions each, including convictions for some or all of the following types of crimes: (1) felony menacing; (2) attempted witness/victim intimidation; (3) possession of a controlled substance; (4) theft; (5) attempted robbery; (6) first degree trespass of an automobile with the intent to commit a crime; (7) first degree trespass of a dwelling; (8) aggravated driving with revoked license; and, (9) attempted escape from felony conviction. Additionally, this information has been corroborated as follows: I have searched a cellular telephone belonging to Jose Angel Martinez (*Ace gang member*), who will be discussed below, and found that Facebook messenger was installed on the phone and used to communicate with other Ace gang members, including some of those mentioned in this affidavit. The phone had been disconnected from internet service, so I was only able to view a limited portion of messages.

### TARGET ACCOUNT HOLDERS' CRIMINAL HISTORIES

27. Target Account #1: associated with *Maximillian Zeferino Esquibel*, also known as Max, (date of birth 07/22/1988). Esquibel is a convicted felon and an Ace gang member. Your Affiant reviewed a criminal history for Esquibel, and was able to locate the following information. In Pueblo County Court Case 2006CR572, Esquibel plead guilty to aggravated robbery, a Class 3 Felony, and was sentenced to twelve years in the Colorado Department of Corrections. This sentence was later suspended on a condition that Esquibel complete five years in the Youthful Offender System. Esquibel also has a pending firearms case in the United States District Court for the District of Colorado: *United States v. Esquibel*, 19-cr-00376-RBJ. Esquibel is the likely user of the following *Target Account*: www.facebook.com/max.esquibel1.

28. Target Account #2: associated with *Michael A. Gonzales*, also known as Mikey, Miko, Meekz, and OG (date of birth 08/12/1984). Gonzales is a convicted felon and an Ace gang member. Your Affiant reviewed a criminal history for Gonzales and was able to locate the following information related to his felony convictions, all in Pueblo County Court. In 2006CR915, Gonzales pled guilty to attempted robbery, a Class 5 Felony, was and sentenced to 18 months in the Colorado Department of Corrections. In 2008CR24, Gonzales pled guilty to felony menacing with a weapon, a Class 5 Felony, and was sentenced to two years in the Colorado Department of Corrections, concurrent with 2006CR915. In 2014CR609, Gonzales again pled guilty to felony menacing with a weapon, a Class 6 Felony, and was sentenced to 18 months in the Colorado Department of Corrections. Although not convicted,

Gonzales has been arrested for 2nd Degree Murder in 2006CR916, and 1st Degree Murder in 2005CR1458. Gonzales is the likely user of the following *Target Account*: www.facebook.com/mikey.gonzales.351.

29. Target Account #3: associated with *Joaquin Ayala*, also known as Little Joaquin (date of birth 01/27/1985). Ayala is an Ace Gang member. Your Affiant reviewed a criminal history for Ayala, and did not find any felony convictions. Ayala is the likely user of the following *Target Account*: www.facebook.com/joaquin.ayala.9465.

30. Target Account #4: associated with *Tobias Candeleria*, also known as Toby (date of birth 10/16/1982). Candelaria is a convicted felon and an Ace Gang member. Your Affiant reviewed a criminal history for Candelaria related to his felony convictions, and was able to locate the following information. All cases are in Pueblo County unless otherwise noted. In 1999CR1191, Candelaria pled guilty to 2nd Degree Burglary, and was sentenced to 12 years in the Colorado Department of Corrections, which was suspended upon six years successful completion of Department of Youth Offender System. In 2014CR607, he pled guilty to criminal impersonation, a Class 6 Felony, and he was sentenced to 15 months in the Colorado Department of Corrections. In El Paso County case 2015CR5659, Candelaria pled guilty to possession of a controlled substance, a Class 4 Drug Felony, and was sentenced to two years in the Colorado Department of Corrections. He has an open Pueblo County Case 2018CR1653 for possession of a controlled substance, Alamosa County Case 2019CR233 for resisting arrest and vehicular eluding, and Adams County Case 2019CR2669 for 2nd Degree Assault causing serious bodily injury. Candelaria is the likely user of the following *Target Account*: www.facebook.com/toby.candelaria.5.

31. Target Account #5: associated with *Nathan DeHerrera*, also known as Nate Dog (Date of Birth 03/17/1981). DeHerrera is a five time convicted felon and Ace Gang member. Your Affiant has reviewed a criminal history for DeHerrera related to his felony convictions, and learned the following information. All cases are in Pueblo County unless otherwise noted. In 2003CR2019, DeHerrera pled guilty to 2nd Degree Assault causing serious bodily injury, a Class 5 Felony, and was sentenced to 18 months probation, which was ultimately revoked and he was sentenced to one year in the Colorado Department of Corrections. In 2012CR15, he pled guilty to 1st Degree Trespass, a Class 5 Felony, and was sentenced to three years probation, which was revoked, and ultimately sentenced to two years in the Colorado Department of Corrections. In 2013CR179, he pled guilty to vehicular assault, a Class 5 Felony, and was sentenced to four years in the Colorado Department of Corrections. In 2013CR1820, he pled guilty to possession of a controlled substance, a Class 4 Drug Felony, and was sentenced to one year in the Colorado Department of Corrections, concurrent with 2012CR15 and 2013CR179. In Adams County Case 2013CR3169, DeHerrera pled guilty to Escape, a Class 5 Felony, and was sentenced to one year in the Colorado Department of Corrections. DeHerrera is the likely user of the following *Target Account*: www.facebook.com/nathan.deherrera.3.

32. Target Account #6: associated with *Shaun Sinks* (Date of Birth 04/23/1977). Sinks is an Ace Gang member. Your Affiant has reviewed a criminal history for Sinks, and was unable

to locate any felony convictions.  Sinks is the likely user of the following *Target Account*: www.facebook.com/shaun.sinks.90.

33. Target Account #7:  associated with **Carlos Serna** (Date of Birth 09/19/1981).  Serna is an Ace Gang member.  Your Affiant has reviewed a criminal history for Serna, and was unable to locate any felony convictions.  Serna is the likely user of the following *Target Account*: www.facebook.com/carlos.serna.56.

34. Target Account #8:  associated with **Carlos Rios, Jr.** (date of birth 11/07/1980). Rios, Jr. is a documented Ace Gang member.  Your Affiant has reviewed a criminal history related to Rios, and learned Rios has not been convicted of a felony, although he has been arrested multiple times in the past for felony charges.  Rios is the likely user of the following *Target Account*:  www.facebook.com/profile.php?id=100010402544012.

35. Target Account #9:  associated with **Joshua Wisthoff** (date of birth 04/22/1986).  Wisthoff is a documented Ace Gang member and close associate of other Ace Gang members mentioned in this affidavit.  Your Affiant has reviewed a criminal history related to Wisthoff's felony convictions, and learned the following information.  All cases are in Pueblo County unless otherwise noted.  In 2017CR1174, he plead guilty to 2nd Degree Burglary, a class 5 Felony, and was sentenced to two years probation, which was revoked and then sentenced to three years in the Colorado Department of Corrections.  In 2017CR1825, he pled guilty to identity theft, a Class 5 Felony, and was sentenced to a two year deferred sentence, which was later revoked and sentenced to three years in the Colorado Department of Corrections.  In 2018CR653, he pled guilty to 2nd Degree Burglary, and Class 4 Felony, and was sentenced to six years in the Colorado Department of Corrections.  Wisthoff has an active Failure to Appear arrest warrant from El Paso County Case 2017M288 for prohibited use of a weapon. Wisthoff is the likely user of the following *Target Account*: www.facebook.com/Joshua.wisthoff.

36. Target Account #10:  associated with **Carlos Montoya**, also known as Fat Man (Date of Birth 12/04/1973).  Montoya is a documented Ace Gang member and a convicted felon.  Your Affiant has reviewed a criminal history related to Montoya and learned the following information related to his felony convictions.  All cases are in Pueblo County unless otherwise noted.  In 1999CR1446, Montoya pled guilty to Menacing, a Class 5 Felony, and was sentenced to two years of probation, which was revoked and ultimately sentenced to 90 days jail.  In 2004CR1621, he was convicted by a jury for 2nd Degree Assault with a weapon causing injury, a Class 4 Felony, and was sentenced to five years in the Colorado Department of Corrections.  In 2015CR976, he pled guilty to possession of a controlled substance, a Drug Felony Class 4, and was sentenced to 18 months in the Colorado Department of Corrections. He has an open case, 2019CR1271 for 1st Degree Burglary, and open case 2019CR1392, for 3rd degree Assault.  Montoya is the likely user of the following *Target Account*: www.facebook.com/profile.php?id=100032816383983.

37. Target Account #11:  associated with **Michael P. Gonzales**, also known as Yeska (Date of Birth 05/07/1981).  Gonzales is a documented Ace Gang member and a convicted felon. Your Affiant has reviewed a criminal history for Gonzales, and learned the following

information related to his felony convictions. All cases are in Pueblo County unless otherwise noted. In 2005CR1284, he pled guilty to criminal mischief, a Class 4 Felony, and was sentenced to one year probation, which was revoked and later sentenced to two years in the Colorado Department of Corrections. In 2014CR497, he pled guilty to a controlled substance conspiracy, a Drug Felony Class 2, and was sentenced to six years in the Colorado Department of Corrections. In 2014CR1908, he pled guilty to another controlled substance violation, possession, a Drug Felony Class 2, and was sentenced to six years in the Colorado Department of Corrections, concurrent with 2014CR497. He has an active arrest warrant for failure to appear in 2018CR2616, for 3rd Degree Assault. Gonzales is the likely user of the following *Target Account*: www.facebook.com/profile.php?id=100034866472360.

## *THE ACE STREET GANG*

38. The following information is based on gang investigations compiled over time and made available to your Affiant and other law enforcement officers.

39. The information is also complied from interviews conducted with known Ace Gang Members, or those with vast knowledge of the Ace gang through narcotics transactions, or other close dealings with Ace gang members.

40. Your Affiant has participated in, and has been debriefed on the following: (A) way(s) the Ace gang operates; (B) members of the gang; and, (C) violent acts committed by and in furtherance of the gang.

41. **Gang Membership Purpose and History**. Through information provided to me by FBI TFO Mathews and FBI TFO Jeffries, my own training and experience, and information provided to law enforcement during the interviews of Ace gang members, I have learned the purpose of the Ace gang, and membership in the Ace Gang, includes, but is not limited to, the following:

    1. To enrich the members and associates of the enterprise through, among other things, murder, and the distribution of narcotics;
    2. To provide physical protection of the Gang and its members;
    3. Preserve and protect the power, territory, and profits of the gang by violence, intimidation, and murder;
    4. Promote and enhance the gang (and its members) activities; and,
    5. Promote and maintain fear of the gang through violence and threats of violence.

42. The Ace gang, also referred to as the Latin Ace Gang and Looney Ace Crips, is a criminal organization with a local presence in Pueblo, Colorado. The gang originated in Pueblo, Colorado in the mid 1990s. What started with only a few key founders has evolved into over 300 documented Ace gang members.

43. As a criminal enterprise organization, the Ace gang is violent gang involved in criminal activities including, but not limited to: (A) threats; (B) witness intimidation; (C) distribution

of illegal narcotics (namely heroin and methamphetamine); (D) aggravated assault; (E) murder; (F) attempted murder; and, (G) drive-by shootings.

44. **Recruitment**.  Ace Gang members are recruited, often as juveniles, and remain a member of the organization throughout their adult lives. Adult members often times will direct juveniles to commit crimes in furtherance of the Ace gang because of more lenient sentencing in the judicial system and to shield their personal involvement and culpability in violent crimes.

45. Ace gang members are generally recruited from the Pueblo, Colorado area, and some individuals are recruited as young as elementary school and are referred to as "Baby Aces."

46. Once identified as a perspective Ace member, the regulations and rules of being an Ace are taught by members with time and experience in the gang.  There are certain members of the Ace gang that can ultimately "bless," or allow a member to be initiated.  This normally occurs through a violent "jump in."  A "jump in" is a practice in which current gang members fight/beat up a recruit/prospective gang member.  The "jump in" usually lasts for 135 seconds, which is significant.  The numbers 1-3-5 numerically correspond to letters in the alphabet of "Ace," *i.e.*, "A" is the first (1) letter in the alphabet, "C" is the third (3) letter in the alphabet, and "C" is the fifth (5) letter in the alphabet.

47. New members are "indoctrinated" into Ace rules that include, among other things, not cooperating with law enforcement.  Refusal to abide by the rules and expectations often result in a "violation," which include punishments such as beatings. Ace Gang Members are expected to come to the aid of fellow gang members whenever members or associates are involved in physical altercations or have been "disrespected" by others outside of the organization, including rival gangs.

48. **Membership Identification**.  Ace gang members have traditionally been identifiable by wearing clothing associated with Los Angeles (California) sports teams because of the "LA" designation.  As such, symbolism has played a part in the gang's culture.

49. Ace gang members have been identifiable by wearing or displaying items with the "spade" symbol, or the Ace of Spades playing card.  The below images were obtained during this investigation surrounding the Ace Gang.  Known Ace gang members have also been contacted by law enforcement and observed wearing Oakland A's hats and clothing.



50. **Rivalries**.  The Ace Gang has a rivalry with multiple gangs, including the East Side Duke Gang ("ESDG"), Bessemer Spruce Locos, and other gangs in Pueblo, Colorado.

51. Your Affiant has been witness to graffiti within Pueblo, Colorado in which markings made by ESDG were crossed out, and new markings by the Ace gang were made (or vice versa). Street gang members will often use graffiti as a means to identify themselves both individually and as an organization using spray paint to vandalize and deface locations within their own "territory" and the territory of their rival street gangs as a show of dominance and disrespect.

52. Image A, shown below, depicts graffiti located in Pueblo, Colorado on a privacy fence.  The letters "SUR," meaning "Sureno," are crossed out as a sign of disrespect to the Sureno gang. Also visible to the right of the crossed out "SUR" are the letters "ACE."  Based on my training and experience, the most likely scenario surrounding this image would be Sureno gang members originally "tagged," or marked this fence to show their territory.  An Ace Gang member(s) then crossed out the "SUR," and added "ACE" to indicate who showed the disrespect.



*[Image A]*

53. As part of my training, experience, interviews with gang members, and discussions with other law enforcement officers, your Affiant has become familiar with slang gang terminology, and the meaning of other graffiti markings.  In Image B, depicted below, "DBK" stands for "Duke Boy Killa" and "SK" for "Skrap Killa."  Skrap is a derogatory term for the Sureno gang.  Also visible is an "x" inside the "D" and "S" as a sign of disrespect. Based on your Affiant's training and experience and knowledge that all three gangs are rival gangs, your Affiant believes an Ace gang member would be the most likely person responsible for this graffiti.  Image B tends to show the rivalry between the Ace Gang and East Side Duke Gang.



*[Image B]*

54. Image C, depicted below, shows the letters "LA", for Latin Ace, and the Roman Numerals I, III, V, synonymous for the numbers 1, 3, and 5 correspond to the letters of the alphabet, A, C, and E.  In this particular graffiti, several Ace gang members, included an Ace gang member identified as Leo Montoya, were contacted related to the graffiti, and documented in PPD Case 12-22689.  Montoya is currently in jail on a murder conviction in Pueblo County Case 2016CR2552, where he was sentenced to 23 years Department of Corrections.



*[Image C]*

55. Tensions between the Ace gang and other gangs have existed over the past several decades with periods of decline and periods of increased violent altercations.  Instances of violent alternations have been increasing over the past several years, and violent acts such as homicides, drive-by shootings, attempted homicides, assaults, and other acts have occurred.

56. **Advertising Gang Membership on Facebook**.  Investigators have also discovered that Ace gang members use social media, including Facebook, to advertise their association and membership.  Through social media platforms, Ace gang members post and exchange communication to expand their reputation within the gang.

57. Graffiti has also been virtually posted on Facebook, likely as a means to disrespect other gangs.  In Image D, posted on or about December 27, 2017, a Facebook post from the page of www.facebook.com/toby.candelaria.5 (*Target Account #4*), with the profile name listed as Toby Candelaria, shows his Ace Gang membership with the "LA" symbol, and the "Spade" symbol.  I recognized the photos posted on this page as Toby, or Tobias, Candelaria, based on prior booking photographs.  Candeleria has been a suspect in at least two homicide investigations in Pueblo, CO, documented in PPD Reports 18-27129, and 99-18125, occurring on December 18, 2018, and August 7, 1999 respectively.



*[Image D]*

58. In Image E, also from the account of Toby Candelaria (*Target Account #4*), in the lower right hand corner, the individual pictured is making a "Spade" sign, a common hand signal used by the Ace Gang.  The individual in the middle of the photo, with two fingers up, is making

an upside down "A," also commonly used by the Ace Gang.  This post was made on or about January 24, 2018.



*[Image E]*

59. The date of these posts are also significant, because it shows a continuing existence of the Ace Gang in Pueblo, and bolsters probable cause that evidence, fruits, and instrumentalities of VICAR violations along with the offenses stated in paragraph 7 of this Affidavit will exist from January 1, 2015 to present and be located within/on the *Target Accounts*.

60. **Pueblo Shootings**.  During 2018 and 2019, the PPD responded to multiple shootings within Pueblo, Colorado.  Multiple shell casings were recovered by PPD in various calibers, including 9mm, .45, .223, and 7.62.  These shootings have mostly remained unsolved, for a host of reasons, including uncooperative witnesses, and ongoing gang retaliation shootings that over-task a smaller Police Department such as PPD.

61. Furthermore, some shootings, because they are gang related, are not reported to Police when they happen, if ever.  Your Affiant has observed some Police reports in which citizens have found shell casings, and report them to Police sometime after a shooting occurred.  As such, it is also likely that investigators could learn of crimes that were committed yet unknown to law enforcement from the requested Facebook information.

62. Some, but not all, of these shootings will be included in this affidavit, as they demonstrate the rivalry between the Ace gang and other gangs, demonstrates the gang's propensity for violence, and suggests there reasonably could be images and discussion related to the

existence of the weapons and motive for some of these violent crimes within the requested Facebook data. Specifically, drive-by shootings require coordination and communication between members prior to their occurrence. It is reasonable that Facebook messenger, which is believed to be a secure form of communication and used by Ace gang members (*See paragraph 26*), could be used to discuss the targets, meeting locations, and roles of co-conspirators.

63. I have not purposely excluded shootings that would be exculpatory in nature, and this affidavit is not intended to portray that the individuals associated with these *Target Accounts* committed all, some, or any of the shootings themselves. I submit that the individuals associated with the *Target Accounts* do however, have Ace gang affiliation and would reasonably have discussed some of the violent crime in Pueblo involving Ace gang members, particularly in light of an established rivalry between the Ace gang and other gangs in Pueblo, Colorado.

64. As will be discussed below, the pattern of shootings indicate gang involvement, and gang retaliation for prior shootings. Furthermore, it appears that the shootings are between East Side Duke and Ace Gang members.

65. **2014 Shootings**. Your Affiant has obtained, and read a Police report from PPD Case 14-006515, in which the PPD responded to a drive by shooting on April 11, 2014, at a residence on 311 E Northern Ave. Inside the residence was an individual identified as S.G., a documented Bessemer Spruce Loco ("BSL") gang member. As mentioned above, the BSL gang is a rival gang of the Aces. *See* Paragraph 52. PPD Officers collected 14 spent 7.62x39 shell casings from the scene.

66. Additional violent instances occurred between April 11, 2014 and April 19, 2014, which are documented in PPD Cases 14-006569, 14-006603, and 14-006624, and 14-006739. The information is voluminous, and is not included in this affidavit. By way of background, and only in summary, your Affiant learned from the Police Reports that the incidents included shootings and a residential arson.

67. Investigators learned the rash of violence was between the Little Ace (Ace) Gang, and the Bessemer Spruce Locos ("BSL"), and was spurred by a physical confrontation between members of the rival gangs.

68. Your Affiant has obtained, and read a Police report from PPD Case 14-006569, in which the PPD was investigating the rash of gang related violence. Forensic analysis from shell casings recovered during the aforementioned shootings was conducted, and investigators learned that the same weapons, an in particular a 7.62 caliber rifle, were being used in multiple shootings.

69. Although years have passed since this incident, information obtained during that investigation by PPD is relevant to this investigation, and tends to support that the weapons used in the aforementioned shootings have existed for years, and also that the Ace gang has maintained control over these weapons for at least that same time period.

70. Not all the information from the Police report is included in this affidavit.  A witness, N.C., stated that Max Esquibel (*Target Account #1*), Robert (last name unknown), or Mikey Gonzales (*Target Account #2*) were in possession of a SKS rifle, which fires 7.62 caliber rounds.  Max, Mikey Gonzales and Robert are both documented Ace Gang Members. *See* Paragraphs 27 & 28.

71. N.C. was shown a photograph of a SKS rifle, and positively identified that type of rifle as the type of rifle that Esquibel and other Aces have.

72. On April 19, 2014, in PPD Case 14-006739, the PPD Special Weapons and Tactics ("SWAT") team executed a warrant at Esquibel's previous residence, located on 12th St. in Pueblo, Colorado.  The PPD recovered, among other things, an AK47 style rifle, a magazine for the rifle, and a cellular telephone.  This AK-47 fires 7.62 caliber rounds.  A more recent search warrant was conducted at Esquibel's current residence during which firearms and ammunition were recovered, which will be discussed below in more detail. *See* paragraphs 101 & 102.

73. **January 9, 2018 Shooting**.  In PPD Case 18-000665, a residence on E. 16th Street in Pueblo, Colorado was the target in a drive-by shooting.

74. 9mm shell casings were recovered at the scene, and an eyewitness saw a red car leave the scene.  Inside the residence was an individual identified as N.D., who is a confirmed East Side Duke Gang member *(the East Side Dukes are rivals of the Ace Gang)*.  No injuries were reported and the firearm used in this shooting was used in other shootings discussed below. *See* paragraph 81.

75. A shell casing from this incident was sent to the Colorado Bureau of Investigation ("CBI") for a forensic analysis.

76. **January 12, 2018 Shooting**.  In PPD Case 18-001016, a residence on Baltimore Avenue in Pueblo, Colorado was the target in a drive-by shooting.

77. 9mm and 7.62x39 shell casings were recovered at the scene.  Your Affiant knows that the 7.62x39 cartridge is consistent with the type of cartridge utilized in Russian AK-47 and SKS rifles.  These specific types of rifles will be discussed in more detail below.

78. The owner of the residence is Lucy Esquibel.  In January of 2019, a permanent, non-expiring protective restraining order was placed against Maximillian Esquibel, in which Lucy Esquibel was the protected party.  At this time, Your Affiant does not have the details of that restraining order.  No injuries were reported during this shooting.

79. Shell casings from this incident were sent to the Colorado Bureau of Investigation ("CBI") for a forensic analysis.  Your Affiant received and reviewed CBI's report regarding the shell casing found, and learned it was associated with the 9mm shell casing recovered on January 9, 2018. *See* Paragraphs 73 through 75.

80. **April 3, 2018 Shooting**.  In PPD Case 18-007209, a residence on E. Mesa in Pueblo, Colorado was the target in a drive-by shooting.

81. 7.62x39 shells casings were recovered at the scene.  The residence belongs to an individual identified as J.V.  J.V. is the mother to several males that are documented East Side Duke gang members.

82. During the shooting, J.V. suffered serious bodily injury, specifically, a gunshot wound to her hand.

83. Shell casings from this incident were sent to the Colorado Bureau of Investigation ("CBI") for a forensic analysis.  Your Affiant received and reviewed CBI's report regarding the shell casing found, and learned it was associated with the 7.62x39 casing recovered in the January 12, 2018 shooting. *See* Paragraphs 76 through 79.

84. **April 22, 2018 Shooting**.  In PPD Case 18-008676, PPD responded to the 1300 block of E. 3rd on another report of a drive-by shooting.

85. 7.62x39 shell casings and .380 shell casings were recovered at the scene.  PPD obtained witness statements that indicated the gunfire had distinctly different sounds, and was supportive of different calibers weapons being involved.

86. A vehicle, parked in the vicinity of 1337 E. 3rd was found to have two holes, consistent with that caused by a bullet.  Additionally, a resident at 1339 E. 3rd found multiple holes in the front of the house, consistent with that caused by a bullet.

87. No injuries were reported during this incident.

88. Shell casings from this incident were sent to the Colorado Bureau of Investigation ("CBI") for a forensic analysis.  Your Affiant received and reviewed CBI's report regarding the shell casing found, and learned it was associated with the 7.62 casing recovered on the January 12, 2018, and the April 3, 2018 shooting. *See* Paragraphs 76 through 79 and Paragraphs 80 through 83.

89. **March 15, 2019 Shooting**.  In PPD Case 19-00538, PPD observed a 2001 Honda Civic without any visible license plates parked on the side of the road in the area of 900 block of E. B St.  Officers approached the vehicle, and made several observations from the exterior of the vehicle.

90. The driver's window was broken, the interior appeared to be partially taken apart, the sunroof was broken, and the ignition was "punched."  Your Affiant knows from training and experience that early 2000 model Honda vehicles are frequently stolen in Pueblo, Colorado and other areas, and that this vehicle was likely stolen.  The responding PPD Officer also documented such within his report.

91. The PPD Officer located a 7.62x39 shell casing while inspecting the vehicle identification number.  The Officer noted a distinct mark on the primer of the casing, indicated the bullet had been fired.  Your Affiant knows from training and experience that vehicles are often times stolen and used in the commission of crimes, such as drive by shootings, in order to conceal the identities of the shooters from law enforcement.

92. Although no suspect was identified in the above auto theft and your affiant cannot directly link the stolen vehicle, or the shell casing, to the Ace gang, it is not unreasonable, given the pattern and history of the Ace gang's use of 7.62x39 ammunition in the Pueblo area, that the Ace gang had involvement with the vehicle.

93. **Search Warrant Execution at Martinez's Residence (August 5, 2019)**.  On or about August 5, 2019, the FBI executed a search warrant, lawfully obtained in the 4th Judicial District of Colorado, at the residence of Jose Angel Martinez (05/19/1992).  Martinez has been convicted on multiple felonies, and is a documented Ace Gang member within the PPD computer system.  During a *Mirandized* interview with FBI Agents, also on August 5, 2019, Martinez declared he was an Ace gang member, although he was trying to get out of the gang life.  Martinez estimated that there are approximately 120 other active members of the Ace Gang.

94. In summary, the FBI recovered over 1 kilogram of heroin, scales, drug distribution paraphernalia, eight ounces of cocaine, $35,900 in cash, and approximately eight firearms, including high power rifles.  Some of these rifles were later linked by CBI forensic analysis to shootings that occurred in both Colorado Springs, Colorado, and Pueblo, Colorado.  Martinez was subsequently arrested, indicted in the United States District Court for the District of Colorado for gun and drug crimes and remains in custody of the United States Marshals. *See United States v. Martinez*, case no. 19-cr-00377-RM.

95. **Consent Search of Martinez's Cell Phone**.  Martinez consented, both orally and written, to allow investigators to search his cellular telephone.  On that phone, investigators found that Martinez in fact had a Facebook account, and an application separately installed to utilize the messaging feature within Facebook.

96. Investigators were able to view some messages between Martinez and others.  Not all of the messages were available, because the phone was placed into a mode that no longer connects it to the internet or cellular signal.  As such, the only messages available for review were ones that had been stored in the phones memory.

97. I found Facebook messages between Martinez and Paul Carbajal (*East Side Duke Gang member*) Felicia Carbajal (*Mother to Ace gang member Jose Angel Martinez*), Carlos Serna (*Target Account #7*), and Joaquin Ayala (*Target Account #3*).  Some of these messages appear to be innocent and non-criminal in nature, however, I was only able to view a limited amount of the messages, and photos that had been sent between accounts were not visible.

98. On June 2, 2019, Carlos Serna (*Target Account #7*) asks Martinez: "Fam ask that guy lastnight about the gun please."  I know that Ace gang members often times refer to each other as "Fam."  Furthermore, although there is little content associated with that message, I

did not find any evidence that Martinez was involved in hunting, target practice, or other lawful uses of a firearm.  It is reasonable to believe that the "gun" mentioned on June 2, 2019, was used in some illegal activity.

99. On July 21, 2018, Joaquin Ayala (*Target Account #3*) states "Im on my way Fam ♠♠♠♠♠."  I submit the use of the word "Fam" is short for "family" and used in the Ace gang culture as well as is the use of the Ace of Spade symbol.

100. The existence of messages on Facebook between Martinez and several of the people listed in this affidavit supports the fact that Ace gang members use Facebook messenger to communicate and increases the likelihood that information requested in **Attachment B** will be present within/on the property described in **Attachment A**.

101. **Search Warrant Execution At Esquibel's Residence (August 9, 2019)**.  On August 9, 2019, the FBI applied for and was granted a federal search warrant for Maximillian Zeferino Esquibel's (*Target Account #1*) residence.  The warrant authorized the seizure, among other things of firearms and ammunition.  In summary, investigators located approximately four firearms, including an AR15 style rifle.  Ammunition and other accessories, such as additional magazines, were located within the residence.

102. Esquibel is a convicted felon, and is prohibited from the possession of firearms and ammunition.  He was arrested, and has been indicted in the United States District Court for the District of Colorado related to violations of 18 U.S.C. § 922(g)(1). *See United States v. Esquibel*, case no. 19-cr-00376-RBJ.  Esquibel was released on a personal recognizance bond pending additional court proceedings.

103. Also found within Esquibel's residence was indicia of his membership to the Ace Gang, including a vast collection of hats known to be associated with the Ace gang. *See* Paragraph 49. Other individuals mentioned in this affidavit are seen in Facebook postings wearing the same or similar hats. *See* paragraphs 113 & 131. A photograph of these hats is included below.



*[Image F]*

104. Esquibel had a tattoo placed on the left side of his neck, which is also indicia of his Ace gang membership (*See Image G below, Booking Photograph from on or about August 10, 2019*).  I know that individuals often post and send pictures of their tattoos to friends and associates, which would be relevant to establishing the Ace Gang, and identifying possible co-conspirators.



*[Image G]*

105. **Wage Information / Earnings**.  As part of the captioned investigation, State of Colorado wages were requested for over 30 Ace Gang Members.  These members were more so selected at random from a list, and are not necessarily the ones listed in this affidavit.  As a result of that inquiry, investigators found that less than 10% of the individuals appear to have legitimate employment.  It is possible that an individual maintains employment, whether self-employment, or as a 1099 employee, and does not have wages reported to the State.

106. I do not rely on the lack of wage reporting to the State of Colorado as probable cause for any specific crime.  It is reasonable, however, that in combination with my knowledge of historical and pending narcotics investigations, that many of the Ace gang members use the proceeds of illegal drug distribution to support their illicit activities and lifestyles.

107. **Recent Intelligence From *Target Accounts***.  While reviewing the *Target Accounts* on or about October 15, 2019, I learned the following information.

108. Regarding *Target Account* #1, www.facebook.com/max.esquibel1, associated with ***Maximillian Zeferino Esquibel***, I learned the following open information from the perspective of any Facebook user.  The profile name of this account is listed as "Aaron Hernandez."  However, the Facebook identifier is listed in the name of "Max Esquibel."  I submit that Esquibel reasonably changed the vanity (or profile) name to help conceal his account from law enforcement, in light of his recent arrest in August of 2019.

109. I am familiar with Ace gang member Esquibel, as he is mentioned above in this affidavit.  Furthermore, the photos associated with this account are of the individual I recognize as Maximillian Zeferino Esquibel, based on personal interactions with him and prior booking photos.  Esquibel has distinctive tattoos, such as a "A" on his neck, and a pistol on one of his

hands. Esquibel is pictured in several photos on the account, wearing an "Oakland A's" hat (Images H, I).



*[Image H]*



*[Image I]*

110. Esquibel has over 1,900 "friends" on Facebook, including multiple Ace Gang members, and others listed in this affidavit, including, but not limited to, Carlos Rios, Jr. (*Target Account* #8), Nathan DeHerrera (*Target Account* #5), Michael A. Gonzales (*Target Account* #2), Joaquin Ayala (*Target Account* #3), Shaun Sinks (*Target Account* #6), Mark Ruybal, and Isaac "Zeke" Chavez, all documented Ace gang members.  It is reasonable that Esquibel's account will contain additional photos constituting evidence of his gang membership, and because of his vast Facebook friend network, and the ability to easily communicate, will contain communication between himself and other Ace Gang members.

111. Regarding *Target Account* #2, www.facebook.com/mikey.gonzales.351, associated with **Michael A. Gonzales**, I found open information from the perspective of any Facebook user, which was open to the general public. The profile name of this account is listed as Mikey Gonzales, and I recognize the individual pictured in the photos as Ace Gang Member Michael A. Gonzales based on prior booking photos.  Within the account, I found numerous references to the Ace Gang, and photos of Gonzales in Ace related clothing.



[*Image J*]

112. On or about September 17, 2019, Gonzales made a post that elicited several comments from his Facebook friends.  I was unable to see how many friends Gonzales had as a public Facebook user.  The comments in this post, shown above, have several references to the Ace Street Gang.  A user named Augustine Salazar commented "True my Ace (shown as an Ace of spades)." Another user, Choch Sotelo, posted "That's 135% (Ace Symbol) facts."  As mentioned above, members of the Ace Gang often use the Ace of Spades symbol to represent membership to the gang, and the numbers "135," which numerically correspond to the letters "A-C-E" in the alphabet.

26

113. On or about March 27, 2019, Gonzales posted a photo of himself wearing a "LA" branded hat (Image J). Augustine Salazar and Joaquin Ayala (*Target Account* #3) both commented with "ACE" related responses.



*[Image K]*

114. Michael A. Gonzales has a lengthy history with PPD. For example, in 2014, Gonzales was arrested in PPD case 14-5872 for menacing and domestic violence, which listed his girlfriend as a victim. During that incident, Gonzales told the victim "You're dead bitch" and "I'm going to kill you tonight." Gonzales discharged a firearm inside a residence that evening, and pressed the firearm hard enough into the victim's chin to leave a bruise. Gonzales ultimately pled guilty to felony menacing with a weapon, a Class 6 Felony, in Pueblo County Court Case 14CR609, and was sentenced to 18 months in the Colorado Department of Corrections.

115. Regarding *Target Account* #3, www.facebook.com/joaquin.ayala.9465, associated with **_Joaquin Ayala_**, I found open information from the perspective of any Facebook user, which was open to the general public. The profile name of this account is listed as Joaquin Ayala, and I recognize the individual pictured in the photos as Ace Gang Member Joaquin Ayala based on prior booking photos. Within the account, I found numerous references to the Ace gang and photos of Gonzales in Ace related clothing.

116. In a post on or about June 16, 2019, Ayala posted a photo depicting an "Ace" playing card hanging from the rear view mirror of a vehicle. *See* Image K below. I submit that Ayala is

advertising his association to the Ace gang by hanging this card in his vehicle. As mentioned above, investigators have seen these playing cards hanging from mirrors in multiple Ace gang member's vehicles. The reasoning and purpose behind these is unknown, and it is reasonable that some discussion related to those playing cards could be present within the information requested in **Attachment B**.



*[Image L]*

117. On or about June 8, 2019, Ayala posted a video of (presumably) his family playing cards. Within the comments, Charles Chantay Chavez posts "Much love my ACE." Again, this comment continues to solidify Ayala's role in the Ace Gang.



*[Image M]*

118. Regarding *Target Account* #5, www.facebook.com/nathan.deherrera.3, associated with **Nathan DeHerrera**, I found open information from the perspective of any Facebook user, which was open to the general public. The profile name of this account is listed as Nathan DeHerrera and I recognize the individual pictured in the photos as Ace Gang Member Nathan DeHerrera based on prior booking photos. Within the account, I found references to the Ace gang, particularly in the comments of photos posted by DeHerrera.

119. On or about November 18, 2017, DeHerrera posted a photo of himself, and two other individuals. DeHerrera is depicted in the bottom left of the photograph. One of the individuals is displaying a hand sign, meant to be an "A" for Ace. In the comments, of the photo, Joaquin Ayala (*Target Account* #3) posted a comment "Much love from you boy 100 (Ace Symbol)."



*[Image N]*

120. I was not able to see how many friends DeHerrera has because of his security settings.

121. On 11/5/2013, in PPD Case 13-21545, DeHerrera was arrested for possession of heroin and methamphetamine. He was with Tobias Candeleria (*Target Account* #4) at the time. This is included to reference a time span of DeHerrera's criminal activity and association with other Ace Gang members. DeHerrera currently resides in Pueblo, Colorado, where his residence has been surveilled as part of this investigation. During physical surveillance, investigators have seen suspicious activity, which based on my training and experience, is indicative of illegal narcotics trafficking. Furthermore, in the fall of 2019, another Ace gang member, Isaac Chavez, was arrested with over 200 grams of methamphetamine and 50 grams of heroin immediately after leaving DeHerrera's residence. Chavez has been indicted in the United States District Court for the District of Colorado for this conduct, and remains in the custody of the United States Marshals. *See United States v. Chavez*, 19-cr-00426-REB.

122. Regarding *Target Account* #8, www.facebook.com/profile.php?id=100010402544012, associated with **Carlos Rios, Jr.**, I was provided the following information from TFO Mathews, who is familiar with Rios, and recognized photos on his account of him, based on personal interactions and prior booking photos. On or about January 8, 2018, Carlos Rios, Jr. made a Facebook post that "tagged" other Ace gang members and says "Much love n respect .... All my other other ace'z enez put it down in prison or lock up all my skg." Some of the names mentioned in this affidavit, including Joaquin Ayala (*Target Account* #3), Max Esquibel (*Target Account* #1), Michael A. Gonzales (*Target Account* #2), Nathan DeHerrera

(*Target Account* #5), and Joshua Wisthoff (*Target Account* #9) are associated with this original posting or posted comments related to it.



*[Image O]*

123. Joaquin Ayala replied with posts "All ACE'$" and "ALL ACE'$ (100 symbol and five spades). Joshua Wisthoff replied "Love u my aces." Nathan DeHerrera replied "NOTHING BUT LOVE AND RESPECT FOR THESE HOMIES THAT KEEP IT REAL NO MATTER WHAT…" I submit that because these individuals posted comments publicly, it would be reasonable they would also comment privately between each other.

124. Furthermore, Carlos Rios, Jr. is a person of interest in an overdose, documented in PPD 19-18058, where the victim died of a "lethal blood level of fentanyl." Physical surveillance of Rios, Jr. by TFOs and PPD Detectives as recent as the fall of 2019 has also been conducted where he was observed meeting other known Aces, reasonably in furtherance of the distribution of narcotics.

125. Regarding *Target Account* #6, www.facebook.com/shaun.sinks.90, associated with **Shaun Sinks**, I was provided the following information from TFO Mathews, who is familiar with Sinks, and recognized photos of Sinks on his account based on his prior interactions with Sinks, and prior booking photos. On or about July 10, 2016, Shaun Sinks posted the below photo of several Aces displaying hand signs. The post had a spade symbol and tagged Andre Mcdade, Eddie Sanders, Aaron Hernandez (*Target Account* #1, *Maximillian Esquibel*), John

Elway, Joshua Wisthoff (*Target Account #9*), Gabriel Ortiviz, and Shaun Sinks (*Target Account #6*).



*[Image P]*

126. McDade comments "That's the real GOONSQUAD."  Rival Duke gang member, an individual identified as A.F., comments "XII you xSS boyS xre cheCK inS."  Based on my training and experience, A.F. is disrespecting the Aces by replacing the letter "a" with "x" and capitalizing "S" for Sureno.

127. A.F. also refers to them as "xSS boyS," which would read "Ass Boys," a derogatory term for Aces and calls them "Check Ins," referring to them asking for protective custody in the Pueblo County Jail to keep from getting jumped by Surenos.

128. There is additional conversation publicly between A.F. and Sinks where Sinks replies with "Come on clown there isnt none of thAt shit goin on round here its all 135 AcE gAng we own this town md i, not gnA Argue wit A nAc like you so either meet up wit me so i cAn fk u up or. get off our pic nd quit disrespectin pussy its simple im ez to.find so quit tAlkin shit And mAn up boy."

129. An individual identified as R.G. comments "Fuck that scrap," another derogatory term was meant to disrespect and insult.  I submit these posts are yet additional evidence of a rivalry between the Ace gang and other gangs in Pueblo, Colorado, and that because these types of posts exist publicly, information would also exist within messages and other communications requested in **Attachment B**.

130. Regarding *Target Account* #7, www.facebook.com/carlos.serna.56, associated with **Carlos Serna**, I was provided the following information by TFO Mathews, who is familiar with Serna, and recognized photos of him on this account based on prior interactions, and prior booking photos.  On or about August 25, 2017 Serna posted a photo of himself wearing a shirt with a spade design on it.



*[Image Q]*

131. On July 16, 2013 Serna posted a photo of himself wearing a black hat with "A" on it.  This same logo has been seen in other sections of this affidavit, and is common among Ace Gang members. *See* paragraph 51.



*[Image R]*

132. On or about July 5, 2019 Michael A. Gonzales (*Target Account* #2) posted a photo of Serna and his family with LA as the background, inviting other Aces to a benefit dinner.



*[Image S]*

133. Although Serna has not been convicted of a felony, he has history of weapons offenses and narcotics arrests.  For example, Serna was arrested with fellow Ace gang members Felix Baca, Raymond Rodriguez, and Isaac Ayala for distribution of crack cocaine on August 6, 2003, documented in PPD 03-17846.  Ultimately, that case was pled down to a misdemeanor weapons offense in Pueblo 2003CR1236.

134. I am aware that Serna is currently a target in an ongoing narcotics investigation conducted by the PPD and the Drug Enforcement Agency (DEA).

135. Regarding *Target Account* #11, www.facebook.com/profile.php?id=100034866472360, associated with ***Michael P. Gonzales***, also known as "Yeska," I was provided the following information by TFO Mathews, who recognized photos of Gonzales on this account, and is familiar with Gonzales based on prior interactions, physical surveillance, and prior booking photos. On or about March 29, 2019 Michael P. Gonzales updated his public profile photo to a photo showing himself (*bottom center*) and other gang members in jail, modified with an Ace on the bottom of the photo.



*[Image T]*

136. Gonzales' profile shows he is friends with Emillio Hall, another documented Ace Gang member who is awaiting trial for a 2019 murder that occurred in Pueblo, Colorado (Pueblo County Case 2019CR1430).  Other notable friends of Gonzales include Ramon Gonez, Carlos Candelaria, and Guillermo "Memo" Roybal.  Roybal has made prior claims that said he is one of the founders of the Ace Gang.

137. I am also aware that Gonzales is the target of an ongoing narcotics investigation conducted by the PPD and the DEA, which involves multiple Ace gang members, including some of those mentioned in this affidavit.

138. Regarding *Target Account* #10, www.facebook.com/profile.php?id=100032816383983, associated with ***Carlos Montoya***, I was provided the following information by TFO Mathews, who recognized photos of Montoya on the account, based on his prior interactions and prior booking photos.  On or about February 5, 2019 Carlos Montoya shared a post made by Isaac Guerra tagging fellow Ace members.  The image is included below, and contained the writing "Daily reminder that you're a fucking god" with the sets of the Ace Gang (Crazy Ace Posse, Latin Ace 135, Lil Ace, and Loony Ace).



*[Image U]*

139. Montoya was arrested for a burglary (PPD 19-12599) where he fired a gun while attempting to gain entry into a residence. During that investigation, a vehicle Montoya was known to use was located in the area and contained the pistol confirmed to be used in this incident, 16 grams of heroin, and over 400 grams of methamphetamine. Shell casings from this incident were sent to CBI for a forensic analysis.

140. TFO Mathews has reviewed CBI's report regarding the shell casings, and learned the firearm was associated with multiple PPD cases.  Montoya has previous felony convictions for controlled substance in Pueblo 2015CR976, assault with a deadly weapon in Pueblo 14CR1621, possession of a dangerous weapon in Pueblo 1997CR277, menacing with a deadly weapon in Pueblo 1994CR1446, and child abuse resulting in death pled down to misdemeanor reckless endangerment in Pueblo 2002CR1795.

141. Regarding *Target Account* #9, www.facebook.com/Joshua.wisthoff, associated with ***Joshua Wisthoff***, I was provided the following information from TFO Mathews.  TFO Mathews is familiar with Wisthoff from a prior encounter/interview and recognized photographs on the FB account as Wisthoff.

## FACEBOOK PRESERVATION REQUEST

142. On October 19, 2019, preservation requests were served to Facebook.com related to the *Target Accounts* requesting them to maintain any digital evidence related to that account.  As a result of that, the information requested on **Attachment B** likely in fact would be present and within Facebook's control.

## THE INTERNET

143. As part of my training, I have become familiar with the Internet (also commonly known as the World Wide Web), which is a global network of computers and other electronic devices that communicate with each other using various means, including standard telephone lines, high-speed telecommunications links (*e.g.*, copper and fiber optic cable), and wireless transmissions, including satellite.  Due to the structure of the Internet, connections between computers on the Internet routinely cross state and international borders, even when the computers communicating with each other are in the same state.   Individuals and entities use the Internet to gain access to a wide variety of information; to send information to, and receive information from, other individuals; to conduct commercial transactions; and to communicate via electronic mail ("e-mail").  An individual who wants to use Internet e-mail must first obtain an account with a computer that is linked to the Internet—for example, through a university, an employer, or a commercial service—which is called an "Internet Service Provider" or "ISP."  ISPs are commercial organizations that are in business to provide individuals and businesses access to the Internet.  Once the individual has accessed the Internet, that individual can use an e-mail account provided by their ISP or they can use the Internet to connect to web-based e-mail services (such as those provided by America Online and Microsoft Hotmail) to send and receive e-mail.  Web-based e-mail services provide e-mail accounts that may be accessed from any computer that has access to the World Wide Web.  In addition, the individual can access websites using web browsers (computer programs that permit users to navigate through pages of information that are stored on remote computers, such as Microsoft's Internet Explorer and Netscape's Navigator) to view or download content, or make purchases.  The Internet may also be used to access e-groups (websites that require users to subscribe, and permit subscribers to post messages, chat electronically, post and transfer files and share information), newsgroups (that permit posting of e-mail messages regarding specific topics) and video conferencing.

144. Every computer or device on the Internet is referenced by a unique Internet Protocol address ("IP address") the same way every telephone has a unique telephone number. An IP address is a series of four numbers separated by a period, and each number is a whole number between 0 and 254. An example of an IP address is 192.168.10.102. Each time an individual accesses the Internet, the computer from which that individual initiates access is assigned an IP address. A central authority provides each ISP a limited block of IP addresses for use by that ISP's customers or subscribers. Most ISPs employ dynamic IP addressing, that is they allocate any unused IP address at the time of initiation of an Internet session each time a customer or subscriber accesses the Internet. A dynamic IP address is reserved by an ISP to be shared among a group of computers over a period of time. The ISP logs the date, time and duration of the Internet session for each IP address and can identify the user of that IP address for such a session from these records. Typically, users who sporadically access the Internet via a dial-up modem will be assigned an IP address from a pool of IP addresses for the duration of each dial-up session. Once the session ends, the IP address is available for the next dial-up customer. On the other hand, some ISPs, including most cable providers, employ static IP addressing, that is a customer or subscriber's computer is assigned one IP address that is used to identify each and every Internet session initiated through that computer. In other words, a static IP address is an IP address that does not change over a period of time and is typically assigned to a specific computer. A modem is an electronic device that allows one computer to communicate with another.

## FACEBOOK

145. Facebook owns and operates a free-access social networking website of the same name that can be accessed at http://www.facebook.com. Facebook allows its users to establish accounts with Facebook, and users can then use their accounts to share written news, photographs, videos, and other information with other Facebook users, and sometimes with the general public.

146. Facebook asks users to provide basic contact and personal identifying information to Facebook, either during the registration process or thereafter. This information may include the user's full name, birth date, gender, contact e-mail addresses, Facebook passwords, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers. Facebook also assigns a user identification number to each account.

147. Facebook users may join one or more groups or networks to connect and interact with other users who are members of the same group or network. Facebook assigns a group identification number to each group. A Facebook user can also connect directly with individual Facebook users by sending each user a "Friend Request." If the recipient of a "Friend Request" accepts the request, then the two users will become "Friends" for purposes of Facebook and can exchange communications or view information about each other. Each Facebook user's account includes a list of that user's "Friends" and a "News Feed," which highlights information about the user's "Friends," such as profile changes, upcoming events, and birthdays.

148. Facebook users can select different levels of privacy for the communications and information associated with their Facebook accounts. By adjusting these privacy settings, a Facebook user can make information available only to himself or herself, to particular Facebook users, or to anyone with access to the Internet, including people who are not Facebook users. A Facebook user can also create "lists" of Facebook friends to facilitate the application of these privacy settings. Facebook accounts also include other account settings that users can adjust to control, for example, the types of notifications they receive from Facebook.

149. Facebook users can create profiles that include photographs, lists of personal interests, and other information. Facebook users can also post "status" updates about their whereabouts and actions, as well as links to videos, photographs, articles, and other items available elsewhere on the Internet. Facebook users can also post information about upcoming "events," such as social occasions, by listing the event's time, location, host, and guest list. In addition, Facebook users can "check in" to particular locations or add their geographic locations to their Facebook posts, thereby revealing their geographic locations at particular dates and times. A particular user's profile page also includes a "Wall," which is a space where the user and his or her "Friends" can post messages, attachments, and links that will typically be visible to anyone who can view the user's profile.

150. Facebook allows users to upload photos and videos, which may include any metadata such as location that the user transmitted when s/he uploaded the photo or video. It also provides users the ability to "tag" (i.e., label) other Facebook users in a photo or video. When a user is tagged in a photo or video, he or she receives a notification of the tag and a link to see the photo or video. For Facebook's purposes, the photos and videos associated with a user's account will include all photos and videos uploaded by that user that have not been deleted, as well as all photos and videos uploaded by any user that have that user tagged in them.

151. Facebook users can exchange private messages on Facebook with other users. Those messages are stored by Facebook unless deleted by the user. Facebook users can also post comments on the Facebook profiles of other users or on their own profiles; such comments are typically associated with a specific posting or item on the profile. In addition, Facebook has a chat feature that allows users to send and receive instant messages through Facebook Messenger. These chat communications are stored in the chat history for the account. Facebook also has Video and Voice Calling features, and although Facebook does not record the calls themselves, it does keep records of the date of each call.

152. If a Facebook user does not want to interact with another user on Facebook, the first user can "block" the second user from seeing his or her account.

153. Facebook has a "like" feature that allows users to give positive feedback or connect to particular pages. Facebook users can "like" Facebook posts or updates, as well as webpages or content on third-party (i.e., non-Facebook) websites. Facebook users can also become "fans" of particular Facebook pages.

154. Facebook has a search function that enables its users to search Facebook for keywords, usernames, or pages, among other things.

155. Each Facebook account has an activity log, which is a list of the user's posts and other Facebook activities from the inception of the account to the present.  The activity log includes stories and photos that the user has been tagged in, as well as connections made through the account, such as "liking" a Facebook page or adding someone as a friend.  The activity log is visible to the user but cannot be viewed by people who visit the user's Facebook page.

156. Facebook also has a Marketplace feature, which allows users to post free classified ads.  Users can post items for sale, housing, jobs, and other items on the Marketplace.

157. In addition to the applications described above, Facebook also provides its users with access to thousands of other applications ("apps") on the Facebook platform.  When a Facebook user accesses or uses one of these applications, an update about that the user's access or use of that application may appear on the user's profile page.

158. Facebook also retains Internet Protocol ("IP") logs for a given user ID or IP address.  These logs may contain information about the actions taken by the user ID or IP address on Facebook, including information about the type of action, the date and time of the action, and the user ID and IP address associated with the action.  For example, if a user views a Facebook profile, that user's IP log would reflect the fact that the user viewed the profile, and would show when and from what IP address the user did so.

159.

160. Facebook also retains Internet Protocol ("IP") logs for a given user ID or IP address.  These logs may contain information about the actions taken by the user ID or IP address on Facebook, including information about the type of action, the date and time of the action, and the user ID and IP address associated with the action.  For example, if a user views a Facebook profile, that user's IP log would reflect the fact that the user viewed the profile, and would show when and from what IP address the user did so.

161. Social networking providers like Facebook typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account number).  In some cases, Facebook users may communicate directly with Facebook about issues relating to their accounts, such as technical problems, billing inquiries, or complaints from other users.  Social networking providers like Facebook typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.

162. As explained herein, information stored in connection with a Facebook account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or alternatively, to exclude the innocent from further suspicion.  In my training and experience, a Facebook user's IP log, stored electronic communications, and other data retained by Facebook, can indicate who has used or controlled the Facebook account.  This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a

search warrant at a residence. For example, profile contact information, private messaging logs, status updates, and tagged photos (and the data associated with the foregoing, such as date and time) may be evidence of who used or controlled the Facebook account at a relevant time. Further, Facebook account activity can show how and when the account was accessed or used. For example, as described herein, Facebook logs the Internet Protocol (IP) addresses from which users access their accounts along with the time and date. By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the account access and use relating to the crime under investigation. Such information allows investigators to understand the geographic and chronological context of Facebook access, use, and events relating to the crime under investigation. Additionally, Facebook builds geo-location into some of its services. Geo-location allows, for example, users to "tag" their location in posts and Facebook "friends" to locate each other. This geographic and timeline information may tend to either inculpate or exculpate the Facebook account owner. Last, Facebook account activity may provide relevant insight into the Facebook account owner's state of mind as it relates to the offense under investigation. For example, information on the Facebook account may indicate the owner's motive and intent to commit a crime (e.g., information indicating a plan to commit a crime), or consciousness of guilt (e.g., deleting account information in an effort to conceal evidence from law enforcement).

163. Therefore, the computers of Facebook are likely to contain all the material described above, including stored electronic communications and information concerning subscribers and their use of Facebook, such as account access information, transaction information, and other account information.

## INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

164. I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Facebook to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of **Attachment B**. Upon receipt of the information described in Section I of **Attachment B**, government-authorized persons will review that information to locate the items described in Section II of **Attachment B**.

## REQUEST FOR NON-DISCLOSURE, TO RESTRICT CASE, AND TO KEEP ACCOUNT ACTIVE

165. Pursuant to 18 U.S.C. §§ 2703(b)(1)(A) and 2705(b), your Affiant requests the Court order Provider not to notify any other person of the existence of this warrant for the period of one year. This request is made because notification of the existence of this warrant will jeopardize the current investigation and may result in: (1) endangering the life or physical safety of confidential human sources; (2) endangering the life or physical safety of law enforcement officers engaged in the proactive investigation of the Ace street gang; (3) flight from prosecution by targets/suspects; (4) the destruction of or tampering with evidence; and, (5) the intimidation of potential witnesses.

166. Because the investigation is ongoing, I further request the Court to order Provider to continue to maintain the account further detailed in **Attachment A**, in an open and active status.

167. I respectfully request that this affidavit and the Court's Order be RESTRICTED at Level 3 Restriction until further order of this Court.

## SUMMARY

168. The facts supporting probable cause as to each *Target Account*, in addition to all the background and investigatory facts, are as follows:

    1)   *Target Account #1*

- Associated with Maximillian Zeferino Esquibel, even though profile name on account is listed as "Aaron Hernandez" (¶ 108);

- Photographs on the FB account depict Esquibel wearing two different hats with "A's" on them, which is indicative of Ace gang membership (¶¶ 49, 103, & 109);

- Has distinctive "A" tattoo on left side of neck, which is indicative of Ace gang membership (¶¶ 49 & 104);

- Is "tagged" in Carlos Rios, Jr.'s (Target Account #8) FB post with other Ace gang members (¶ 122);

- Is "tagged" in Shaun Sinks' (Target Account #6) FB post with other Ace gang members (¶ 125);

- FB friends list includes known Ace gang members (¶ 110);

- Under federal indictment for gun charge as a result of finding firearms in his residence pursuant to a federal search warrant (¶¶ 101 & 102);

    2)   *Target Account #2*

- Associated with Michael A. Gonzales (¶ 111);

- Persons comment on Gonzales' FB post using the word "Ace" and the "Ace of Spades" symbol, both indicative of Ace gang membership (¶¶ 49, 111, 112);

- Posted photograph on FB of himself wearing an "LA" hat, indicative of Ace gang membership (¶¶ 48 & 113);

- Persons comment on Gonzales' FB, in which he posts a photograph of himself in an "LA" hat, using the word "Ace" and the "Ace of Spades" symbol, both indicative of Ace gang membership (¶¶ 48, 49, & 113);

- Posted a photograph of Carlos Serna (Target Account #7) on FB account requesting persons to attend a fundraiser for Serna (¶ 132);

3)  *Target Account #3*

- Associated with Joaquin Ayala (¶ 115);

- Posted photograph on FB account of an "Ace of Spades" card hanging on rear view mirror, indicative of Ace gang membership (¶¶ 49 & 116);

- Posted video on FB account and person commented using the term "Ace" and the "Ace of Spades" symbol, indicative of Ace gang membership (¶¶ 49 & 117);

- Is "tagged" in Carlos Rios, Jr.'s (Target Account #8) FB post with other Ace gang members (¶ 122);

- Commented on FB post using the term "Ace" and using the "Ace of Spades" symbol, indicative of Ace gang membership (¶¶ 49 & 123);

- Commented on FB post created by Michael A. Gonzales' (Target Account #3) and used the term "Ace" and multiple "Ace of Spades" symbols (¶¶ 49 & 113);

4)  *Target Account #4*

- Associated with Tobias Candeleria (¶ 57);

- Posted photograph of himself on FB account and added the "Ace of Spades" symbol and an "LA" symbol on the photograph, which is indicative of Ace gang membership (¶¶ 48, 49, & 57);

- Posted photograph on FB account of person making the "Ace of Spades" hand symbol and upside-down "A", indicative of Ace gang membership (¶¶ 49 & 58);

5) *Target Account #5*

- Associated with Nathan DeHerrera (¶ 118);

- Posted photograph of himself on his FB account (bottom left) and Joaquin Ayala (Target Account 3) commented on the post using the "Ace of Spades" symbol, indicative of Ace gang membership (¶¶ 49 & 119);

- Is "tagged" in Carlos Rios, Jr.'s (Target Account #8) FB post with other Ace gang members (¶ 122);

- Commented on Carlos Rios, Jr.'s (Target Account #8) FB post with Ace gang members and stated he had much "respect" for everyone "tagged" in the post (¶ 123);

6) *Target Account #6*

- Associated with Shaun Sinks (¶ 125);

- Posted photograph on his FB account with other Ace gang members (¶ 125);

- Publicly commented on the photograph in ¶ 125 stating that "We [the Ace gang] own this town" while responding to a rival gang member's comments about the picture (¶ 128);

7) *Target Account #7*

- Associated with Carlos Serna (¶ 130);

- Posted photograph of himself on FB account wearing a shirt with an "Ace" symbol, indicative of Ace gang membership (¶¶ 49 & 130);

- Posted photograph of himself on FB account wearing hat with "A" on it, indicative of Ace gang membership (¶¶ 49 & 131);

8) *Target Account #8*

- Associated with Carlos Rios, Jr. (¶ 122);

- Created post on his FB account stating he had "respect" for all his Ace gang members friends in prison (¶ 122);

- Tagged other Ace gang members in the post from ¶ 122, including Joaquin Ayala (Target Account #3), Maximillian Zeferino Esquibel (Target Account # 1), Michael A. Gonzales (Target Account #2), Nathan DeHerrera (Target Account # 5), and Joshua Wisthoff (Target Account #9) (¶ 122);

- Joaquin Ayala (Target Account #3) commented on the post (¶ 122) and used the word "Aces" and an "Ace of Spades" symbol, indicative of Ace gang membership (¶¶ 49 & 123);

- Nathan DeHerrera (Target Account #5) commented on the post (¶ 122) stating that he had "nothing but love" and "respect" for those persons tagged in the post (¶ 123);

9) *Target Account #9*

- Associated with ***Joshua Wisthoff*** (¶ 141);

- Is "tagged" in Carlos Rios, Jr.'s (*Target Account #8*) FB post with other Ace gang members (¶ 124);

- Is "tagged" in Shaun Sinks' (*Target Account #6*) photograph of Ace gang members (¶ 125);

10) *Target Account #10*

- Associated with ***Carlos Montoya*** (¶ 138);

- Shared a post on his FB account depicting "Ace of Spades" signs and the different "sets" of Ace gangs (¶ 138);

- Multiple persons comment on the post in ¶ 138 and used the word "Ace" and the "Ace of Spades" symbol, indicative of Ace gang membership (¶¶ 49 & 138);

11) *Target Account #11*

- Associated with **Michael P. Gonzales** (¶ 135);

- Posted photograph on FB account of himself and other persons in jail and inserted a symbol on the picture of the word "Aces" (¶ 135); and,

- Is FB "friends" with other Ace gang members (¶ 136).

## CONCLUSION

169. I submit that information in the following affidavit establishes probable cause to believe that located within/on the above-mentioned *Target Accounts*, more fully described in **Attachment A**, are items described more fully in **Attachment B**, being evidence, fruits, and instrumentalities of the following offenses: (1) violent crime in aid of racketeering, in violation of 18 U.S.C. § 1959; (2) possession with the intent to distribute controlled substances, in violation of 21 U.S.C. § 841(a)(1); (3) conspiracy to commit a drug offense, in violation of 21 U.S.C. § 846; and, (4) possession of a firearm and ammunition by a prohibited person.

170. This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. *See* 18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A).  Specifically, the Court is "a district court of the United States . . . that – has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

171. Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.  The Government will execute this warrant by serving it on Facebook.  Because the warrant will be served on Facebook, who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

172. I, therefore, respectfully request that the attached warrant be issued authorizing the search of property more fully described in **Attachment A** for the items listed in **Attachment B**.


/s/Andrew Cohen
Andrew Cohen, Special Agent
Federal Bureau of Investigation


SUBSCRIBED and SWORN before me this ___6th___ day of November, 2019.

UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLORADO


**Application for search warrant was reviewed and is submitted by Jason St. Julien, Assistant United States Attorney.**